THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN J. SCHEPPA, Appellant.

Submitted February 17, 1947; decided February 21, 1947.

Motion by appellant for reargument denied. [See 295 N. Y. 359.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS GENIALE, Appellant.

Submitted February 17, 1947; decided February 21, 1947.

*Charles P. Sullivan, District Attorney (Henry W. Schober of* counsel), for motion to dismiss appeal.

*Joseph Lonardo* for motion to dispense with printing of record on appeal and for enlargement of time.

Motion to dismiss appeal denied. Motion to dispense with the printing of the record on appeal granted. Motion for enlargement of time granted solely on the ground that the default herein occurred prior to our decision in *People* v. *Solomon* (296 N. Y. 85). Case set down for argument during next session.